**Electronically Filed**
**Supreme Court**
**SCWC-24-0000439**
**17-DEC-2025**
**09:30 AM**
**Dkt. 5 ODAC**

SCWC-24-0000439

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

KITTY ANN CHRYST,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000439; CASE NOS. 1DTI-19-052122; 1DTI-19-050120)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Malinao, assigned by reason of vacancy)

Petitioner's application for writ of certiorari, filed

on November 7, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, December 17, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Clarissa Y. Malinao

